SHAWN C. GROFF (State Bar No. 248022)
CHRISTINE S. HWANG (State Bar No. 184549)
LEONARD CARDER LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile:  (510) 272-0174
Email: sgroff@leonardcarder.com
Email: chwang@leonardcarder.com

Counsel for Plaintiffs

DION N. COMINOS (SBN: 136522)
MARK C. RUSSELL (SBN: 208865)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054
Email: dcominos@gordonrees.com
Email: mrussell@gordonrees.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON CAMPBELL, DAVID GREGERSEN, PETE HALVER, SEAN KYLE, MATT MALOON, DAVID SMITH, BRIAN STEWART and VICTOR UNO, in their capacities as Trustees of the IBEW Local 595 Pension Trust<br><br>Plaintiffs,<br><br>vs.<br><br>MARANA BENEFITS ADMINISTRATION, INC., a California corporation, and PETER J. MARANA, an individual,<br><br>Defendants. | Case No: C08-05731-EDL<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT AND MOTION FOR CONTINUANCE OF 5/26/09 FURTHER CMC**<br>AND ORDER THEREON |

The undersigned parties submit the following Updated Joint Case Management Conference Statement:

The undersigned parties submit that since the Case Management Conference held on March 31, 2009 the parties have had extensive settlement discussions and believe that they are very close to finalizing a complete settlement of this matter. However, the parties do not believe that such a settlement will be finalized by May 26, 2009 (the date of the further case management conference).

WHEREFORE, based upon the foregoing, the parties, by and through their undersigned counsel, hereby request a continuance of the further Case Management Conference (currently scheduled for May 26, 2009 at 10:00 a.m.) until June 30, 2009 at 10:00 a.m. The parties reasonably believe that they can effectuate a settlement of this matter prior to that date, thus rendering further case management conference to be unnecessary.

Respectfully submitted:

Dated: May 20, 2009

**LEONARD CARDER, LLP**
By:   /s/ Shawn C. Groff
      Shawn C. Groff

ATTORNEYS FOR PLAINTIFFS

**GORDON & REES, LLP**
By:   /s/ Mark Russell
      Mark Russell

ATTORNEYS FOR DEFENDANTS

**IT IS SO ORDERED.**

Dated: May 21, 2009

_____ MAGISTRATE JUDGE
Judge Elizabeth D. Laporte

IT IS SO ORDERED
[Signature: Elizabeth D. Laporte]

1   Updated Joint Case Management Statement
    Case No. C08-05731-EDL

# PROOF OF SERVICE

I am a citizen of the United States and am employed in Alameda County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, CA 94612. On May 20, 2009, I served the following document(s):

**UPDATED JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE OF 5/26/09 FURTHER CMC**

I electronically filed the foregoing document(s) with the Clerk of Court using the CM/ECF system which, according to ECF procedures, will automatically send notification of such filings to the following:

Dion N. Cominos        dcominos@gordonrees.com

Mark C. Russell        mrussell@gordonrees.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California on May 20, 2009.

                                                               /s/Carol Edgerton
                                                               Carol Edgerton