SHAWN C. GROFF (State Bar No. 248022)
CHRISTINE S. HWANG (State Bar No. 184549)
LEONARD CARDER LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile:  (510) 272-0174
Email: sgroff@leonardcarder.com
Email: chwang@leonardcarder.com

Counsel for Plaintiffs

DION N. COMINOS (SBN: 136522)
MARK C. RUSSELL (SBN: 208865)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054
Email: dcominos@gordonrees.com
Email: mrussell@gordonrees.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON CAMPBELL, DAVID GREGERSEN, PETE HALVER, SEAN KYLE, MATT MALOON, DAVID SMITH, BRIAN STEWART and VICTOR UNO, in their capacities as Trustees of the IBEW Local 595 Pension Trust<br><br>Plaintiffs,<br><br>vs.<br><br>MARANA BENEFITS ADMINISTRATION, INC., a California corporation, and PETER J. MARANA, an individual,<br><br>Defendants. | Case No: C08-05731-EDL<br><br>**STIPULATION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action that the entire action be and hereby is discharged and dismissed, with prejudice, pursuant to FRCP 41(a)(1), and that all parties shall bear their own attorney fees and costs.

Dated: August 24, 2009					**LEONARD CARDER, LLP**

							By:	　/s/ Shawn C. Groff　
								Shawn C. Groff

							ATTORNEYS FOR PLAINTIFFS

							**GORDON & REES, LLP**

							By:	　/s/ Dion Cominos　
								Dion Cominos

### ORDER

Pursuant to the Stipulation of the parties, the above-entitled action is dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

Dated:  August 25, 2009			_____
							U.S. MAGISTRATE JUDGE
							ELLEN

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*